N THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NELSON YOVANI SANCHEZ LEMUS,  §
§
Petitioner,  §
§
v.  §                                                    1:26-CV-260-RP
§
KRISTI NOEM, *in her official capacity as*  §
*Secretary, U.S. Department of Homeland Security*, et al., §
§
Respondents.  §

## ORDER

Before the Court is Petitioner Nelson Yovani Sanchez Lemus's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1). Petitioner invoked 28 U.S.C. § 2243, and the Court ordered Respondents Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pam Bondi, U.S. Attorney General; Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; Sylvester Ortega, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; and Charlotte Collins, Warden, T. Don Hutto Detention Center (together, "Respondents") to show cause within three days as to why the petition should not be granted. (Order, Dkt. 3). Respondents filed a response brief on Monday, February 9, 2026. (Dkt. 4).

This Court previously interpreted 8 U.S.C. § 1225(b)(2) as not applying to those like Petitioner who have been residing in the country for years, as opposed to a noncitizen present in the United States who has recently arrived and is actively seeking admission. *See, e.g.*, *Guzman v. Bondi*, --- F. Supp. 3d ---, No. 1:25-CV-2055-RP, 2025 WL 3724465 (W.D. Tex. Dec. 23, 2025). On the same date that the parties' briefing concluded, that interpretation was rejected by a Fifth Circuit panel. *Buenrostro-Mendez v. Bondi*, --- F.4th ---, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026).

Petitioner has alleged that he is entitled to a writ on additional grounds including that his detention violates his rights to substantive and procedural due process guaranteed by the Fifth Amendment. The Court will set an expedited briefing schedule to determine whether this Court should order release on alternate grounds, independent of its prior interpretation of specific provisions of the INA rejected by the Fifth Circuit. *See, e.g.*, *Santiago v. Noem*, No. EP-25-CV-361-KC, 2025 WL 2792588, at *7 (W.D. Tex. Oct. 2, 2025) (ordering release based on detention violating the Due Process Clause).

**IT IS ORDERED** that Petitioner file a supplemental brief or amended petition on or before **February 20, 2026** elaborating on his constitutional or other claims as independent grounds for release. Respondents may file a response brief on or before **February 25, 2026**, and Petitioner may file a reply on or before **March 2, 2026**.

**SIGNED** on February 13, 2026.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE